[No. 30697-9-I.     Division One.     December 30, 1994.]

WARREN L. LEYDE, ET AL, *Respondents*, v. PHILIP J. PINCHA, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-22629-8, Michael J. Fox, J., entered July 13, 1992. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Grosse, J., Baker, A.C.J., dissenting.

[No. 31268-5-I.     Division One.     December 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN LAWER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00141-1, Peter Jarvis, J., entered July 20, 1992. *Reversed* by unpublished opinion per Becker, J., concurred in by Webster and Kennedy, JJ.

[No. 33256-2-I.     Division One.     December 30, 1994.]

FUN YOUNG CHANG, *Respondent*, v. THE LIQUOR CONTROL BOARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-28892-3, Sharon S. Armstrong, J., entered July 9, 1993. *Reversed* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Coleman and Webster, JJ.